

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 11, 2024

**By ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

<div style="border:1px solid black; display:inline-block; padding:4px;"><strong>MEMO ENDORSED</strong></div>

      Re:    *Jain v. Dejoy*, No. 22 Civ. 02751 (JGLC)

Dear Judge Clarke:

      This Office represents defendant Louis DeJoy, Postmaster General of the United States, (the "Government") in the above-referenced employment discrimination action brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, 42 U.S.C. § 1981, and the Age Discrimination in Employment Act of 1967. We write to respectfully request an adjournment of the conference scheduled for January 17, 2024, at 3:00pm. The reason for this request is that the undersigned will be on previously scheduled annual leave on the week of January 16 and will be unavailable to appear at the conference. Plaintiff consents to the requested adjournment and informed the undersigned of his availability in the next few weeks. Subject to the Court's availability, both parties are available for a conference on January 24, 2023, at 9:00am or 10:00am.

      We thank the Court for its consideration of this request.

            Respectfully,

            DAMIAN WILLIAMS
            United States Attorney

By:      /s/ *Elizabeth J. Kim*
         ELIZABETH J. KIM
         Assistant United States Attorney
         86 Chambers Street, Third Floor
         New York, New York 10007
         Tel.: (212) 637-2745

Application GRANTED. The conference previously schedule for January 17, 2024 is hereby canceled. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 49.

cc: Devendra Kumar Jain
    1053 N 2 Street
    New Hyde Park, New York 11040-2836

(by FedEx)

SO ORDERED.

Dated: January 12, 2024
      New York, New York

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge