UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVENDRA KUMAR JAIN,

                Plaintiff,

-against-

LOUIS DEJOY, Postmaster General, United States Postal Service Agency,

                Defendant.

22-CV-2751 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      As stated at today's conference, though the Court will not extend the April 19, 2024 deadline for fact discovery (ECF No. 52), the Court will permit the Government to depose Plaintiff Devendra Kumar Jain ("Mr. Jain") by no later than **May 10, 2024**. Discovery otherwise closes on April 19, 2024. Defendant is ORDERED to submit a letter by **May 17, 2024** confirming that the deposition occurred. The Court warns Mr. Jain, as it did during today's conference, that if he fails to sit for a deposition with the Government by May 10, 2024, his case may be dismissed.

      The Court also reminds the parties that based on the Court's prior Scheduling Order (ECF No. 28), any motion for summary judgment must be filed and served within 30 days of the close of discovery. If a motion is filed, any opposition must be filed and served within 30 days of the motion being filed. Reply papers, if any, must be filed and served within two weeks of the opposition being filed. If the Government files a motion for summary judgment, it shall provide Mr. Jain with a "Notice For Pro Se Litigants Regarding Opposition to a Summary Judgment Motion" pursuant to Local Civil Rule 56.2. Per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline.

The Court reminds Mr. Jain that there is a Pro Se Law Clinic in this District to assist non-incarcerated people who are parties in civil cases and do not have lawyers. The Clinic may be able to provide Mr. Jain with advice in connection with this case. The Pro Se Law Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. It cannot accept filings on behalf of the Court, which must still be made by through the Pro Se Intake Unit.

To receive limited-scope assistance from the clinic, parties may complete the clinic's intake form on their computer or phone at: https://tinyurl.com/NYLAG-ProSe-OI. If parties have questions regarding the form or they are unable to complete it, they may leave a voicemail at (212) 659-5190. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. A copy of the flyer with details of the clinic is attached to this order.

Dated: April 18, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court for the Southern District Of New York

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys, law students and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic does not provide full representation. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

## To Contact the Clinic:

Call (212) 659-6190 or complete our online intake form (found here: https://tinyurl.com/NYLAG-ProSe-OI). A staff member will contact you within a few business days.

Those looking for assistance can also contact the clinic at the kiosk located across the hall from the pro se clinic office in the courthouse.

**At this time, the clinic offers remote consultations only. Requests for in-person appointments will be reviewed on a case-to-case basis.**

## Location and Hours:

Thurgood Marshall United States Courthouse

Room LL22
40 Foley Square
New York, NY 10007
(212) 659 6190

Open weekdays
10 a.m. – 4 p.m.
Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.

