UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVENDRA KUMAR JAIN,

                Plaintiff,

      -against-

LOUIS DEJOY,

                Defendant.

22-CV-2751 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    At ECF No. 98, Plaintiff informed the Court that he has been unable to upload exhibits related to his "Amended Statement of Undisputed and Disputed Material Facts," and the Court has not received any exhibits. Plaintiff is directed to divide the files such that no file exceeds 15 megabytes. Plaintiff has until April 28, 2025 to submit the exhibits to the *pro se* office. If Plaintiff fails to submit the exhibit by April 28, 2025, the Court will not consider them.

Dated: April 21, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge