# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

DEVENDRA KUMAR JAIN,

                       Plaintiff,                      22 **CIVIL** 2751 (JGLC)

      -against-                                  **<u>JUDGMENT</u>**

DOUG TULINO, Postmaster General, United States Postal Service Agency,

                      Defendant.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 29, 2025, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        September 30, 2025

                                                      **TAMMI M. HELLWIG**

                                                      **Clerk of Court**

                            **BY:**    _/s/ Negam Dulel_

                                                      **Deputy Clerk**