**MEMO ENDORSED**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DEVENDRA KUMAR JAIN
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

DOUG TULINO POST MASTER GENERAL

UNITED STATES POSTAL SEVICE , AGENCY

22CV 02751 ( JGLC )

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

For the reasons stated in the Government's letter at ECF No. 114, Plaintiff's application is DENIED as moot. The Clerk of Court is respectfully directed to terminate ECF No 112.

Dated: October 24, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

DEVENDRA KUMAR JAIN

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 09/29/2025 but did not file a notice of appeal within the required time period because

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

I received the pro se office notice of Appeal very late on October 11, 2025,
Without decision attached. Finally Government provided me with the decision copy on October 12, 2025. With no objection.
I am asking to you extend the appeal time for 30 days from October 12 until November 11, 2025.

Dated: 10/21/2025

Signature:

Jain, Devendra, Kumar

1053 N St.    New Hyde Park,    NY    11040-2836

Phone : 516 360-5071    Devendrajain33@aol.com

CC: Jeremy Liss